**The Law Offices of Avrum J. Rosen, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

     STELLA SIOMKOS,                                      Case No. 24-10619-lgb

                      Debtor.
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE**, that Trinity Life Insurance Company, a creditor, and party in interest, in the above captioned case, appears in this case, by its attorneys, The Law Offices of Avrum J. Rosen, PLLC, and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notice given or required to be served in this case be given to and served upon the following:

THE LAW OFFICES OF AVRUM J. ROSEN, PLLC
38 New Street
Huntington, New York 11743
Attn: Avrum J. Rosen, Esq.

Tel: (631) 423-8527
Fax: (631) 423-4536
Email: arosen@ajrlawny.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, motion, petition, pleading, request, complaint or demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other

documents brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise, which affects the debtor.  The Clerk of the Court is requested to place the name and addresses of counsel as set forth in this Notice on any Master Service List in this case.

Dated:  May 13, 2024　　　　　　　　　　　　　Respectfully submitted,
　　　　Huntington, New York

**Law Offices of Avrum J. Rosen, PLLC**

By:　/s/ Avrum J. Rosen
　　　Avrum J. Rosen, Esq.
　　　38 New Street
　　　Huntington, New York 11743
　　　(631) 423 8527
　　　arosen@ajrlawny.com