```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :
  IN RE:                                        :   CASE NO.: 24-10619-lgb
                                                :
  Stella Siomkos                                :   CHAPTER: 11
                                                :
  Debtor                                        :   Notice of Appearance
                                                :
                                                :   JUDGE.: Lisa G Beckerman
                                                :
                                                :
                                                :
                                                :
-------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of SN Servicing Corporation as servicer for Trinity Life Insurance Company, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to, and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> Attorneys for SN Servicing Corporation as
> Servicer for Trinity Life Insurance Company
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property, or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: May 15, 2024

By: /s/ Michael Rozea
Michael Rozea, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as
Servicer for Trinity Life Insurance Company
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 24-10619-lgb |
| | : | |
| Stella Siomkos | : | CHAPTER: 11 |
| | : | |
| Debtor | : | **Notice of Appearance** |
| | : | |
| | : | JUDGE.: Lisa G Beckerman |
| | : | |
| | : | |
| | : | |
| | : | |

-------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

I, Michael Rozea, Esq., certify that on May 15, 2024, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Michael Rozea
Michael Rozea, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as
Servicer for Trinity Life Insurance Company
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

# SERVICE LIST

Stella Siomkos
212 East 47th Street,
Apt 28F
New York, NY 10017
***Bankruptcy Debtor***

Karamvir Dahiya
Dahiya Law Offices LLC
75 Maiden Lane
Ste 606
New York, NY 10038
***Attorney***

U.S. Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
***United States Trustee***