**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Stella Siomkos, | : | Chapter 11 |
| | : | Case No. 24-10619 (LGB) |
| Debtor. | : | |
| | : | |

### ORDER GRANTING WITHDRAWAL OF APPLICATION TO RETAIN DAHIYA LAW OFFICES, LLC AS COUNSEL TO THE DEBTOR

**WHEREAS**, Karamvir Dahiya filed the Application to Retain Dahiya Law Offices, LLC as Counsel to the Debtor (the "Application") [ECF No. 9]; and

**WHEREAS**, on July 2, 2024, the Court held the initial case conference and hearing on the Application (the "Hearing") at which Karamvir Dahiya, Paul Hollender, Avrum Rosen, and the U.S. Trustee appeared; and

**WHEREAS**, at the Hearing, Mr. Dahiya indicated that he wished to withdraw the Application and that the Debtor intends to retain proposed new counsel, Mr. Hollender.

**IT IS HEREBY:**

**ORDERED**, that based on the representations made on the record at the Hearing, the Court grants Mr. Dahiya's request to withdraw the Application.

Dated: July 2, 2024
      New York, New York

                                          */s/ Lisa G. Beckerman*
                                          HONORABLE LISA G. BECKERMAN
                                          UNITED STATES BANKRUPTCY JUDGE

1